

# FILED

IN RE:

2009 AUG 27 AM 10: 32

CASE NO. 08-52083-S

DUANE P. McDONALD
AMY P. McDONALD
      Debtors

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #107 in the amount of $3.08 was issued on August 19, 2009 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

Claim #4        Capital Recovery II          $   3.08
               25 SE 2nd Ave Ste 1120
               Miami, FL 33131

TOTAL:                            $   3.08

*Ck # 107*
*receipt # 80864*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

August 19, 2009